UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| SHERI COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  3:18-cv-737-CHB |
| EMERSON ELECTRIC CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Defendant, Emerson Electric Company ("Emerson"), by counsel, respectfully notifies this

Court of the removal of the above-styled cause from the Jefferson Circuit Court for the County of

Jefferson, Kentucky, to the United States District Court for the Western District of Kentucky,

pursuant to 28 U.S.C. §1331, §1332, §1367, §1441, and 29 U.S.C. §1132, and says as follows:

**I.**

This action is being removed to federal court pursuant to 28 U.S.C. §1331, §1332, §1367

and §1441. Removal is based on federal question jurisdiction under 28 U.S.C. §1331 and the

Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.* (hereafter "ERISA");

supplemental jurisdiction under 28 U.S.C. §1367; and diversity of citizenship jurisdiction under

28 U.S.C. §1332.

**II.**

On or about October 5, 2018, Plaintiff filed in state court the above-entitled civil action,

bearing Case No. 18 CI 05850 in the records and files of Jefferson Circuit Court for the County of

Jefferson, Kentucky ("the State Court Action"). Emerson was served with copies of the summons

and Complaint on October 18, 2018. Pursuant to 28 U.S.C. § 1446(a), Emerson has timely filed this Notice of Removal within thirty days after service.

## III.

The aforesaid State Court Action is a suit of a wholly civil nature of which the United States District Court for the Western District of Kentucky has federal question and supplemental jurisdiction under 28 U.S.C. §1331 and §1367, and is one that may be removed by petitioner pursuant to 28 U.S.C. §1441(a) and (b).

The Complaint seeks short-term disability ("STD") and long-term disability ("LTD")[1] benefits under benefit plans that were offered through and sponsored by Plaintiff's employer. The Complaint alleges STD and LTD benefits were wrongfully denied in violation of ERISA. The LTD plan is an employee welfare benefit plan governed by ERISA and Plaintiff seeks disability benefits under ERISA 29 U.S.C. §1132(a)(1)(B). The Court therefore has original federal question jurisdiction over the Complaint pursuant to 28 U.S.C. §1331.

To the extent the STD plan at issue is not governed by ERISA, the Court has supplemental jurisdiction over the STD claim pursuant to 28 U.S.C. §1367 because the allegations involve the same common facts regarding Plaintiff's alleged disability and denial of disability benefits. The STD claim is so related to the LTD claim that it forms part of the same case or controversy.

## IV.

This Court further has jurisdiction over this matter because this is an action between citizens of different states and/or is an action between a citizen of a state and a citizen or subject of a foreign state and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff is a citizen of the State of Kentucky. Defendant is a corporation

---

[1] Emerson reserves the right to object to it being the proper defendant with respect to the LTD claims.

2

organized pursuant to the laws of the State of Missouri with its principal place of business in the State of Missouri. Among other things, Plaintiff's complaint seeks past and future STD and LTD benefits totaling a gross amount of $382,864, plus interest, fees and costs. Thus, although Defendant denies that Plaintiff is entitled to the full remedy herein, much less the remedies sought in her complaint, the amount sought by Plaintiff in her complaint and put at issue in this case exceeds the statutory minimum of $75,000.00.

## V.

This action is therefore one of which the United States District Court for the Western District of Kentucky, Louisville Division has federal question jurisdiction under 28 U.S.C. §1331, supplemental jurisdiction under 28 U.S.C. §1367, and diversity of citizenship jurisdiction under 28 U.S.C. §1332, and this action may be removed to this Court by petitioner pursuant to 28 U.S.C. §1441(a) and (b). Jefferson Circuit Court for the County of Jefferson, Kentucky is within the venue of the United States District Court for the Western District of Kentucky.

## VI.

This petition is being filed pursuant to 28 U.S.C. §1446 within thirty (30) days of service of the initial pleading in which a removable claim is asserted, and is removable in that:

    a.    The time for filing this petition under 28 U.S.C. §1446 has not expired; and

    b.    The Complaint seeks disability benefits under an ERISA-governed plan and/or seeks disability benefits involving the same case or controversy as benefits under an ERISA-governed plan; and

    c.    The parties are citizens of different states and/or this is an action between the citizen of a state and a citizen or subject of a foreign state and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

**VII.**

Therefore, Defendant files this Notice of Removal of this action from the Jefferson Circuit Court for the County of Jefferson, Kentucky in which it is now pending, to the United States District Court for the Western District of Kentucky.  There are attached to this notice, marked Exhibit "A" and incorporated by reference, true and correct copies of all process, pleadings, and orders served upon Defendant in this action.

**VIII.**

Also attached to this notice, marked as Exhibit "B" and incorporated by reference, is a true and correct copy of the Notice of Filing Notice of Removal that will be filed (without exhibits) with the Jefferson Circuit Court for the County of Jefferson, Kentucky.

WHEREFORE, Defendant notifies this Court of the removal of this action from the Jefferson Circuit Court for the County of Jefferson, Kentucky to the United States District Court for the Western District of Kentucky.

DATED:        November 7, 2018

                                   Respectfully submitted,

                                   OGLETREE, DEAKINS, NASH,
                                   SMOAK & STEWART, P.C.

                                   By:   /s/ Kevin Roberts
                                         Kevin Roberts, KY Bar No. 96835
                                         111 Monument Circle, Suite 4600
                                         Indianapolis, IN 46204
                                         Ph.: (317) 916-1300
                                         Fax: (317) 916-9076
                                         kevin.roberts@ogletree.com

                                   Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing *NOTICE OF REMOVAL* was filed on November 7, 2018, and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

        None

I further certify that on November 7, 2018, service was made on the following nonregistered ECF counsel of record by placing copies of the foregoing *NOTICE OF REMOVAL* in envelopes properly addressed to them and with sufficient first-class postage prepaid:

        Robert A. Florio
        1500 Story Ave.
        Louisville, KY 40206

                                    /s/ Kevin Roberts
                              Attorney for Defendant

36228314.1