UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SHERI COLLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:18-cv-00737-DJH-RSE |
| EMERSON ELECTRIC CO., | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF SETTLEMENT

Defendant, Emerson Electric Company ("Defendant" or "Emerson"), by counsel, notifies the Court that the parties have reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal with Prejudice within thirty-five (35) days.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Kevin E. Roberts*
Kevin E. Roberts, Attorney No. 96835
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
kevin.roberts@ogletreedeakins.com

Cristin J. Mack
Admitted Pro Hac Vice
7700 Bonhomme Avenue, Ste. 650
St. Louis, MO 63105
Telephone: (314) 802-3943
Facsimile: (314) 802-3936
cristin.mack@ogletree.com

**Attorneys for Defendant**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed on May 13, 2019, and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

    Robert A. Florio
    raflorioatty@hotmail.com

      I further certify that on May 13, 2019, service was made on the following nonregistered ECF counsel of record by placing copies of the foregoing in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

    None.

                                                      /s/ *Kevin E. Roberts*
                                                      Attorney for Defendant

38503919.1

38503919.1